# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

AUG 12 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

ERIC DUNLAP

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:22CV 412 DJH
(To be supplied by the clerk)

Louisville Metro Detention Center
Unknown Actors/Actresses
Unknown Turnkeys
Unknown Black Inmate
Unknown Guard #2

(Full name of the Defendant(s) in this action)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: ERIC DUNLAP

Place of Confinement: Leslie County Detention Center

Address: 2125 HWY 118 P.O. Box 1893 Hyden Kentucky 41749

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Louisville Metro Detention Center is employed as _____ at City of Louisville.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant Unknown Actors/Actresses is employed as Louisville Metro Corrections Officer at Louisville Metro Detention Center / City of Louisville.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant Unknown Turnkeys is employed as Correction Officer at Louisville Metro Detention Center.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant Unknown Inmate is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant __Unknown Guard #2__ is employed as __Corrections Officer__ at __Louisville Metro Detention Center/City of Louisville__

The Defendant is being sued in his/her (✗) individual and/or (✗) official capacity.

II. **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✗)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __N/A__
__N/A__

Defendant(s): __N/A__
__N/A__

Court (if federal court, name the district. If state court, name the county):
__N/A__

Docket number: __N/A__

Name of judge to whom the case was assigned: __N/A__

Type of case (for example, habeas corpus or civil rights action): __N/A__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
__N/A__

Approximate date of filing lawsuit: __N/A__

Approximate date of disposition: __N/A__

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On APPROX AUGUST 20 2021 DUNLAP WAS BOOKED into the Louisville Metro Detention CENTER AS A PRE-TRIAL DETAINEE ON A CHARGE OF RAPE OF WHICH IS A CHARGE Known By Prison OFFICIALS IN WHICH REQUIRES PROTECTIVE Custody For tHE HEALTH, SAFTY AND welfare OF AN INMATE.

Louisville Metro Detention CENTER RECKLESSLY USES AN ONline WEBSITE "JAIL TRACKER" To list inmates And THEIR CHARGES AND is Aware that this Site RECKLESSLY CAUSES A Security THREAT to inmates SAFETY, HEALTH, AND Security AND is A THREAT TO Their welfare, AS EXPLAINED HEREAFTER.

ON APPROX. August 24 2021, DUNLAP WAS Housed in General POPULATION RATHER THAN PROTECTIVE Custody WHEN AN UNKnown INMATE Had either His family OR friends ON the outside look up His CHARGES ON "JAil TRACKER". AT THIS TIME Dunlaps life, HEALTH, SAFETY, AND welFARE WAS THREATENED By SAid inMATE. DUNLAP PUSHED BUTTON FOR ASSISTANCE MANY times AND WAS ignored. AFTER Pushing Button Several times For Several Minutes DUNLAP

began to beat on the door for help because an inmate threw Dunlaps mattress accross the room. This resulted in guards removing Dunlap from this cell. Dunlap was again put into a General Population Cell for a Second time, Although Guards Knew of the Seriousness of said danger, they consciously disregarded Dunlaps health, safety, and welfare and for a second time intentionally or at best recklessly or wantedly placed Dunlap into a known danger knowing Dunlap would eventually be assulted, due to his charges.

On approx. August 24 2021 after having been placed into the second General Population cell, an unknown Black inmate had his family and/or friends look up Dunlap on "Jail Tracker". This unknown Black inmate began making threats to Dunlaps life. At this time Dunlap kicked the door to get help from a guard. Unknown Guard #2 asked Dunlap "who made the threats and to point out to him who made the threats". Another unknown inmate was also being threatened by the same unknown Black inmate. Both Dunlap and the other unknown inmate pointed out to the Guard #2 that it was the unknown Black inmate who had threatened their lives. The unknown Black inmate then made a threat in front of unknown Guard #2 stating specifically "It does not matter where they put you, I will get you". All three inmates were removed from the cell, and Duncan and the other threated inmate stayed the night in a holding cell.

The next day on approx. August 25 2021 unknown Guard #2 placed Dunlap into a solitary confinement cell which was next door to the unknown Black inmate whom threatened Dunlaps life previously. Unknown Black inmate began making more threats to Dunlap in front of Guard #2 "this door had

### III. STATEMENT OF CLAIM(S) continued

BETTER NOT OPEN UP OR I'm GOING TO GET YOU" ALTHOUGH UNKNOWN GUARD #2 HAD KNOWLEDGE OF DUNLAPS CHARGES, HIS NEED FOR PROTECTION, HAD KNOWLEDGE EXACTLY WHO WAS MAKING THE THREATS, BUT ON TOP OF THAT, HE HAD KNOWLEDGE THAT DUNLAP HAD POINTED OUT WHO HAD THREATENED HIM IN FRONT OF THE ENTIRE CELL AND UNKNOWN BLACK INMATE PLACING DUNLAP INTO AN EVEN GREATER RISK BECAUSE NOW HE WOULD BE LOOKED AT AND CONSIDERED TO BE A RAT TOO, YET BEING AWARE OF ALL OF THIS, AND UNDERSTANDING DUNLAPS NEED FOR PROTECTION, AND ALTHOUGH DUNLAP ASKED NOT TO BE HOUSED NEAR UNKNOWN BLACK INMATE, UNKNOWN GUARD #2 KNOWING OF AN EXCESSIVE RISK TO DUNLAPS HEALTH, SAFETY, SECURITY AND WELFARE CONSCIOUSLY DISREGARDED KNOWN RISKS AND AT BEST WANTEDLY AND/OR RECKLESSLY PLACED DUNLAP'S LIFE IN DANGER, IF NOT WANTEDLY OR RECKLESSLY, THEN UNKNOWN GUARD DONE SO INTENTIONLY AS HIS RESPONSE WAS " GET THE FUCK IN THERE". THESE CUSTOMS, POLICIES, AND/OR RANDOM ACTIONS BY UNKNOWN GUARD #2 DEMONSTRATES HIS ILL WILL

5

TOWARD DUNLAP.

The next day on approximately August 26 2021 Unknown Guard #2 intentionally employed a policy, custom and/or random action whereas he intentionally let Dunlap out of his cell, left him alone without any protection and thereafter intentionally unlocked and opened unknown Black inmates cell door, thereby with knowledge and full intentions that Dunlap be and was then assulted by said unknown Black inmate. The policy, custom and/or random actions by unknown guard #2 were both deliberate and intentional because he had complete and total knowledge that would alarm any guard not to leave Dunlap alone and buzz unknown Black inmates door. Any guard would percieve and be able to predict the outcome and therefore unknown guard #2 buzzed the door knowing that Dunlap would be assulted by unknown Black inmate and intentionally or at best recklessly or wantedly allowed Dunlap to be assulted. Dunlap was knocked out from the assault. After waking up from said assult Dunlap hit door and flagged camra for about 20 minutes before he could get any help from guards. Dunlap was hospitalized due to the assault due to a concussion, swelling of the brain, he recieved stitches on his face, has perminate scaring on his face and will now have to ware

SEE CONTINUED PAGE.

CONTINUED---

Prescription Medical Eye-Glasses, likely for the Rest of His Life. Dunlap Has been Diagnosed with P.T.S.D. And continues to suffer from this trama and will need Additional Medical Treatment in the future.

Unknown Guard #2 Intentionally Employed Policies, Customs And/Or Random Actions in a Cruel and Unusual Mannor therefore Violating Dunlaps Rights Not to Have Cruel And Unusual Punishment And Also Violating His Rights to Due Process Due to Failure to Protect Dunlap from the Assault. Thus, Violating Dunlaps 8th And 14th Amendment Rights to the United States Constitution.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __5 Million__

__X__ grant injunctive relief by __IMPLIMENTING NEW POLICIES AND TRAINING AND RESTRAIN DEFENDANT FROM FUTURE VIOLATIONS__

__X__ award punitive damages in the amount of $ __5 Millions__

__X__ other: __NOMINAL DAMAGES, PAIN AND SUFFERING, MEDICAL BILLS (PAST PRESENT FUTURE) ATTORNEY FEES AND COST HEREIN__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __7__ day of __August__, 20__22__

_Eric D___
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __August 07, 2022__.

_Eric___
(Signature)

6

Eric Dunlap
Leslie County Dentention Center
2125 Hwy 118
P.O. Box 1893
Hyden Kentucky 41749

FILED
JAMES J. VILT, JR. - CLERK
AUG 12 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

"INMATE MAIL UNCENSORED"



Clerks Office
601 W. Broadway, Room 106
Gene Snyder United States Courthouse
Louisville Kentucky  40202