**ERIC DUNLAP**                                                                                **PLAINTIFF**

**v.**

**LOUISVILLE METRO**
**DEPARTMENT OF CORRECTIONS, et al.**                                **DEFENDANT**

---

## STATUS REPORT

Comes counsel for the Plaintiff, Eric Dunlap, and files his Court Ordered status report.

Mr. Dunlap has *pro se* filed to appeal this Court's Order of September 30, 2025. He intends to hire other counsel to assist in that appeal. It is present counsel's intent to withdraw from this matter and allow Mr. Dunlap to proceed forward as he desires. Counsel would request, on Mr. Dunlap's behalf, leave for him to determine whether he wishes to proceed with counsel or *pro se* in this matter.

Respectfully submitted,

/s/ Ashlea N. Hellmann
Ashlea N. Hellmann
FERNANDEZ & MOLONEY PLLC
401 West Main Street, Suite 1807
Louisville, Kentucky 40202
Phone: (502) 589-1001
Fax: (502) 589-7333
ahellmann@fhmlegal.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing motion was sent via electronic mail to the following parties, on this the 24th day of October 2025:

Hon. Andrew Miller
Hon. Richard Elder
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202
*Counsel for Defendant Metro and the LMDC Defendants*


 /s/ Ashlea N. Hellmann_____
Ashlea N. Hellmann